UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL NITTOLO,<br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Respondent. | Civ. Action No. 2:06-cv-194 (KSH)<br>Crim. Action No. 01-262 (KSH)<br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

　　For the reasons expressed in the opinion filed herewith,

　　**IT IS** on this 20th day of October 2008,

　　**ORDERED** that petitioner's motion brought pursuant to 28 U.S.C. §2255 is **denied**; and it is further

　　**ORDERED** that petitioner's application for a certificate of appealability is **denied**; and it is further

　　**ORDERED** that the Clerk of Court shall mark the within matter closed.

　　　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.

Dated:  October 20, 2008